# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-1456

_____

United States of America

*Plaintiff - Appellee*

v.

Dwayne Appling

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa, Waterloo

_____

Submitted: October 14, 2014
Filed: October 20, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Dwayne Appling directly appeals the sentences imposed by the district court[1] after he pleaded guilty to drug offenses. His counsel has moved to withdraw, and has

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the sentences are unreasonable.

After careful review, we conclude that Appling's within-Guidelines-range sentences are not unreasonable.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate review of sentencing decision).  Also, having independently reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____